# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :         CHAPTER 13
**Mohammad Alqtaishat**
    DEBTOR                                    :         BKY. NO. 23-13220-mdc

### O R D E R

AND NOW, this _____ day of _____, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/23/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge