**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Mohammad Alqtaishat** | | |
| DEBTOR | : | BKY. NO. 23-13220-mdc |

O R D E R

AND NOW, this **13th** day of **November**, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/23/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

*Magdeline D. Coleman*
———————————————
Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge