**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :          CHAPTER  13
**Mohammad Alqtaishat**
        DEBTOR                      :          BKY. NO. 23-13220-mdc

O R D E R

        AND NOW, this  27th  day of  November  ,  2023  upon
consideration of Debtor's Application for an Extension of Time to file
Chapter 13 Schedules.

        It is Ordered that the Motion is Granted. Debtor has until **12/06/2023**
to file the necessary Schedules, Plan and Statement of Financial Affairs in the
above captioned matter.

By the Court:

_____
Hon.  Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge