United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13220-mdc |
| Mohammad Alqtaishat | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mohammad Alqtaishat, 108 Patriot Cir, Plymouth Mtng, PA 19462-2570 |
| cr | + | CSMC 2021-RPL7 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Inspire Federal Credit Union f/k/a Bucks First Fed, 3 Friends Lane, Newtown, PA 18940-3426 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 29 2023 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 30, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. TODD BUCKLEY SAVARESE | on behalf of Creditor Inspire Federal Credit Union f/k/a Bucks First Federal Credit Union todd@savareselaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 5 |

toddsav@verizon.net

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Mohammad Alqtaishat mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email

MICHELLE L. MCGOWAN
on behalf of Creditor CSMC 2021-RPL7 Trust mimcgowan@raslg.com

TAMMY BENOZA
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bankruptcy@fskslaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Mohammad Alqtaishat** | | |
| DEBTOR | : | BKY. NO. 23-13220-mdc |

O R D E R

AND NOW, this 27th day of November, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **12/06/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge