**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                              :          **CHAPTER  13**
**Mohammad Alqtaishat**
    **DEBTOR**                       :          **BKY. NO. 23-13220-mdc**

O R D E R

      AND NOW, this **7th** day of December, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

      It is Ordered that the Motion is Granted. Debtor has until **12/08/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon.  Magdeline D. Coleman
Chief U.S. Bankruptcy Court Judge