UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Case No.: 23-13220 MDC |
|---|---|
| MOHAMMAD ALQTAISHAT, | Chapter: 13 |
| Debtor. | |
| COMMUNITY LOAN SERVICING, LLC F/K/A BAYVIEW LOAN SERVICING, LLC, | |
| Movant | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I, KAREN LEONE-RULLIS, Paralegal certify under penalty of perjury that I caused to be served the above captioned pleading Objection of COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC to Debtor's Chapter 13 Plan on the parties at the addresses shown below or on the attached list on December 11, 2023.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| Debtor's Counsel:<br>Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street; Suite 900<br>Philadelphia, PA 19102 | Debtor(s):<br>Mohammad Alqtaishat<br>108 Patriot Circle<br>Plymouth Meeting, PA 19462 |
| Trustee (if applicable):<br>Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br>Office of the Chapter 13 Standing Trustee | Assistant US Trustee:<br>United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street; Suite 320<br>Philadelphia, PA 19107 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Date: December 11, 2023               /S/ KAREN LEONE-RULLIS
                                      Name: Karen Leone-Rullis
                                      Title:  Legal Assistant/Paralegal