IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| MOHAMMAD ALQTAISHAT | : | Case No. 23-13220-mdc |
| Debtor | : | |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES
PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Kenneth D. Berman, Esquire, attorney for creditor Mark Zasowski, hereby enters his appearance and requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on the undersigned at the address set forth below:

Respectfully Submitted,

*/s/ Kenneth D. Berman, Esquire*
BERMAN LEGAL LLC
Pa. Attorney ID #34921
230 S. Broad Street, Suite M30
Philadelphia, PA  19102
Tel: (215) 546-8800
Fax: (215) 494-3544
Email: kberman@kdblegal.com
*Attorney for creditor Mark Zasowski*

Dated: December 26, 2023