UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MOHAMMAD ALQTAISHAT<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-13220-MDC |

CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 26th day of January, 2024 by first class mail upon those listed below:

MOHAMMAD ALQTAISHAT
108 PATRIOT CIR
PLYMOUTH MTNG, PA  19462-2570

**Electronically via ECF/System ONLY:**

MICHAEL I. ASSAD

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                              */s/ Kenneth E. West, Esq.*
                                              Kenneth E. West, Esq.
                                              Standing Chapter 13 Trustee