UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                   CASE NO.: 23-13220
                                                                                                                                    CHAPTER 13

Mohammad Alqtaishat,
   Debtor.

_____/

**REQUEST FOR SERVICE**

       **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2021-RPL7 TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

        **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                      **13010 MORRIS ROAD, SUITE 450**
                          **ALPHARETTA, GA 30004**

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Authorized Agent for Secured Creditor
                                              13010 Morris Rd., Suite 450
                                              Alpharetta, GA  30004
                                              Telephone: 470-321-7112

                                              By: /s/Michelle L. McGowan, Esq.
                                                   Michelle L. McGowan, Esq.
                                                   Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MOHAMMAD ALQTAISHAT
108 PATRIOT CIR
PLYMOUTH MTNG, PA 19462-2570

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Amanda Nelson