United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-13220-mdc

Mohammad Alqtaishat     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mohammad Alqtaishat, 108 Patriot Cir, Plymouth Mtng, PA 19462-2570 |
| cr | + | CSMC 2021-RPL7 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Inspire Federal Credit Union f/k/a Bucks First Fed, 3 Friends Lane, Newtown, PA 18940-3426 |
| 14830433 | + | BayviewLoan Servicing, Delaware Limited Liability, c/o Tammy L. Terrell Benoza, Esquire, Fein, Such, Kahn & Shepard, P.C., 7660 Imperial Way, Suite 121, Allentown, Pennsylvania 18195-1022 |
| 14825615 | | Berman Legal LLC, 1626 Pine St, Philadelphia, PA 19103-6711 |
| 14829764 | + | CSMC 2021-RPL7 Trust, c/o Michelle L. McGowan, Esquire, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14825618 | + | Colonial School District, Attn: Law Department, 230 Flourtown Rd, Plymouth Mtng, PA 19462-1296 |
| 14828440 | + | Inspire Federal Credit Union, c/o J. Todd Savarese, Esquire, 80 N. 2nd St. Pike, Churchville, PA 18966-1057 |
| 14825625 | | LVNV Funding LLC, Attn: Bankruptcy, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 14825626 | | Mark Zasowski, 38 Metka Rd, Royersford, PA 19468-1402 |
| 14842156 | + | Mark Zasowski, c/o Kenneth D. Berman, Esq., Berman Legal LLC, 230 S. Broad Street, Suite M30, Philadelphia PA 19102-4101 |
| 14825629 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14825632 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14825634 | | Plymouth Township, Attn: Law Department, 700 Belvoir Rd, Plymouth Mtng, PA 19462-2578 |
| 14825635 | | Savarese Law Offices, 80 N 2nd Street Pike, Churchville, PA 18966-1057 |
| 14843539 | | Suburban Community Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14825639 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 02 2024 01:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2024 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14825614 | | Email/Text: bk@avant.com | Mar 02 2024 01:33:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 14825617 | | Email/Text: megan.harper@phila.gov | Mar 02 2024 01:33:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14843435 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2024 01:32:00 | COMMUNITY LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd., 3rd FL, BK Dept., Coral Gables, FL 33146-1839 |
| 14843929 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 02 2024 01:34:00 | CSMC 2021-RPL7 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14825616 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2024 02:29:41 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |

Case 23-13220-mdc    Doc 36    Filed 03/03/24    Entered 03/04/24 00:39:25    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 14825619 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 02 2024 01:32:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 14825620 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 02 2024 01:34:00 | Concorda Credit, Attn: Bankruptcy, 14600 Nw Greenbrier Pkwy, Beaverton, OR 97006-5745 |
| 14825621 | | Email/Text: mrdiscen@discover.com | Mar 02 2024 01:32:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14825622 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 02 2024 01:33:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14825623 | | Email/Text: jmerrill@inspirefcu.org | Mar 02 2024 01:34:00 | Inspire Federal Credit Union, Attn: Bankruptcy, 3 Friends Ln, Newtown, PA 18940-3426 |
| 14825624 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2024 01:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14826078 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2024 01:29:11 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14837253 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2024 01:28:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14825628 | | Email/Text: ml-ebn@missionlane.com | Mar 02 2024 01:32:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14825627 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2024 01:29:45 | Merrick Bank, Attn: Bankruptcy, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 14827048 | + | Email/PDF: cbp@omf.com | Mar 02 2024 02:19:25 | ONEMAIN FINANCIAL, PO BOX 981037, BOSTON MA 02298-1037 |
| 14825630 | | Email/Text: fesbank@attorneygeneral.gov | Mar 02 2024 01:32:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14843225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2024 02:29:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14825631 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2024 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14825633 | + | Email/Text: bankruptcy@philapark.org | Mar 02 2024 01:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14827332 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2024 01:33:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14825636 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 02 2024 01:34:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14825637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 02 2024 01:28:20 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14825638 | | Email/Text: kmattingly@bankofmissouri.com | Mar 02 2024 01:32:00 | The Bank of Missouri, Attn: Bankruptcy, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 14825640 | ^ | MEBN | Mar 02 2024 01:06:17 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14825641 | | Email/PDF: cbp@omf.com | Mar 02 2024 02:29:36 | WebBank/OneMain, Attn: Bankruptcy, 215 S State St Ste 1000, Salt Lake Cty, UT 84111-2336 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 45

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Mark Zasowski, 38 Metka Road, Royersford, PA 19468-1402 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. TODD BUCKLEY SAVARESE | on behalf of Creditor Inspire Federal Credit Union f/k/a Bucks First Federal Credit Union todd@savareselaw.com toddsav@verizon.net |
| KENNETH D. BERMAN | on behalf of Creditor Mark Zasowski kberman@kdblegal.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Mohammad Alqtaishat help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor CSMC 2021-RPL7 Trust mimcgowan@raslg.com |
| TAMMY BENOZA | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bankruptcy@fskslaw.com |
| TAMMY BENOZA | on behalf of Creditor COMMUNITY LOAN SERVICING LLC FKA BAYVIEW LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    MOHAMMAD ALQTAISHAT

Debtor

Chapter 13

Bankruptcy No. 23-13220-MDC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE:  February 29, 2024

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge